## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOSEPH WILLIAM LUSTER,

        Plaintiff,

    v.

PURACAP LABORATORIES, LLC,

        Defendant.

C.A. No.: 1:18-cv-00503-MN

### [PROPOSED] ORDER

Pending before the Court is Plaintiff Joseph Williams Luster's Motion for Entry of Partial Judgment Under Rule 54(b) (the "Motion").

The Court, having considered the Motion and the related briefing by both parties, is of the opinion that the Motion should be **DENIED**.

SIGNED at Wilmington, Delaware, this _____ day of _____ 2020,

**BY THE COURT:**

_____

The Hon. Maryellen Noreika
UNITED STATES DISTRICT JUDGE

136366.00602/123874658v.3